IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR164 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| FRANK MOUIVO-MATSIMA, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

NOW ON THIS 10th day of May, 2010, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I and II of said Indictment. Count I of said Indictment charges the Defendant with trafficking in counterfeit goods in violation of 18 U.S.C. § 2320(a). Count II of said Indictment sought the forfeiture, pursuant to 18 U.S.C. § 981(a)(1)( c) and 28 U.S.C. § 246( c), of the following:

    a.    9 Gucci Handbags

    b.    5 Gucci Wallets

    c.    2 Gucci Belts

    d.    3 Pair of Gucci Sunglasses

    e.    14 Louis Vuitton Handbags

    f.    4 Louis Vuitton Hats

    g.    2 Louis Vuitton Scarves

    h.    24 Louis Vuitton Cell Phone Cases

| | | |
|---|---|---|
| I. | 2 Christian Dior Wallets |
| j. | 5 Pair of Christian Dior Sunglasses |
| k. | 5 Dooney & Bourke Handbags |
| l. | 1 Dolce & Gabbana Handbag |
| m. | 4 Pair of Dolce & Gabbana Sunglasses |
| n. | 13 Dolce & Gabbana Sunglass Bags |
| o. | 3 Burberry Handbags [mis-identified previously as Burgerry] |
| p. | 65 Coach Handbags |
| q. | 8 Coach Wallets |
| r. | 35 Coach Wristlets |
| s. | 27 Pairs of Coach Shoes |
| t. | 4 Coach Belts |
| u. | 4 Pair of Coach Sunglasses |
| v. | 1 Coach Scarf |
| w. | 9 Coach Key Chains |
| x. | 3 Kate Spade Handbags |
| y. | 1 Kate Spade Wallet |
| z. | 17 Pair of Oakley Sunglasses |
| aa. | 15 Chanel Handbags |
| bb. | 8 Chanel Wallets |
| cc. | 1 Chanel Coin Purse |
| dd. | 4 Chanel Belts |

2

> ee. 8 Pair of Chanel Sunglasses
>
> ff. 1 Versace Handbag
>
> gg. 3 Pair of Versace Sunglasses
>
> hh. 7 Fendi Handbags
>
> ii. 1 Fendi Wallet
>
> jj. 23 Fendi Scarves
>
> kk. 1 Prada Handbag
>
> ll. 5 Pair of Prada Sunglasses

on the basis they were used or were intended to be used to facilitate said violation.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C., § 981(a)(1)( c) and 28 U.S.C. § 2461( c).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count II of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize the following-described properties:

> a 9 Gucci Handbags
>
> b. 5 Gucci Wallets
>
> c. 2 Gucci Belts

d. 3 Pair of Gucci Sunglasses

e. 14 Louis Vuitton Handbags

f. 4 Louis Vuitton Hats

g. 2 Louis Vuitton Scarves

h. 24 Louis Vuitton Cell Phone Cases

I. 2 Christian Dior Wallets

j. 5 Pair of Christian Dior Sunglasses

k. 5 Dooney & Bourke Handbags

l. 1 Dolce & Gabbana Handbag

m. 4 Pair of Dolce & Gabbana Sunglasses

n. 13 Dolce & Gabbana Sunglass Bags

o. 3 Burberry Handbags [mis-identified previously as Burgerry]

p. 65 Coach Handbags

q. 8 Coach Wallets

r. 35 Coach Wristlets

s. 27 Pairs of Coach Shoes

t. 4 Coach Belts

u. 4 Pair of Coach Sunglasses

v. 1 Coach Scarf

w. 9 Coach Key Chains

x. 3 Kate Spade Handbags

y. 1 Kate Spade Wallet

4

  z.  17 Pair of Oakley Sunglasses

  aa.  15 Chanel Handbags

  bb.  8 Chanel Wallets

  cc.  1 Chanel Coin Purse

  dd.  4 Chanel Belts

  ee.  8 Pair of Chanel Sunglasses

  ff.  1 Versace Handbag

  gg.  3 Pair of Versace Sunglasses

  hh.  7 Fendi Handbags

  ii.  1 Fendi Wallet

  jj.  23 Fendi Scarves

  kk.  1 Prada Handbag

  ll.  5 Pair of Prada Sunglasses

  C. The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C., § 981(a)(1)(c) and 28 U.S.C. § 2461(c).

  D. The aforementioned forfeited properties is to be held by the United States in its secure custody and control.

  E. Pursuant to 18 U.S.C., § 981(a)(1)(c) and 28 U.S.C. § 2461(c), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent

to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

    G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

    H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C., § 981(a)(1)( c) and 28 U.S.C. § 2461( c), in which all interests will be addressed.

    ORDERED this 10th day of May, 2010.

                      **BY THE COURT:**

                        s/ Joseph F. Bataillon
                        **JOSEPH F. BATAILLON, CHIEF JUDGE**
                        **United States District Court**