UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR164 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| FRANK MOUIVO-MATSIMA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 16th day of August, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 10, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2320(a) and 981(a)(1)(c) based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

  a.  9 Gucci Handbags

  b.  5 Gucci Wallets

  c.  2 Gucci Belts

  d.  3 Pair of Gucci Sunglasses

  e.  14 Louis Vuitton Handbags

  f.  4 Louis Vuitton Hats

  g.  2 Louis Vuitton Scarves

  h.  24 Louis Vuitton Cell Phone Cases

  I.  2 Christian Dior Wallets

j. 5 Pair of Christian Dior Sunglasses

k. 5 Dooney & Bourke Handbags

l. 1 Dolce & Gabbana Handbag

m. 4 Pair of Dolce & Gabbana Sunglasses

n. 13 Dolce & Gabbana Sunglass Bags

o. 3 Burberry Handbags [mis-identified previously as Burgerry]

p. 65 Coach Handbags

q. 8 Coach Wallets

r. 35 Coach Wristlets

s. 27 Pairs of Coach Shoes

t. 4 Coach Belts

u. 4 Pair of Coach Sunglasses

v. 1 Coach Scarf

w. 9 Coach Key Chains

x. 3 Kate Spade Handbags

y. 1 Kate Spade Wallet

z. 17 Pair of Oakley Sunglasses

aa. 15 Chanel Handbags

bb. 8 Chanel Wallets

cc. 1 Chanel Coin Purse

dd. 4 Chanel Belts

ee. 8 Pair of Chanel Sunglasses

ff. 1 Versace Handbag

gg. 3 Pair of Versace Sunglasses

hh. 7 Fendi Handbags

    ii.        1 Fendi Wallet

    jj.        23 Fendi Scarves

    kk.       1 Prada Handbag

    ll.        5 Pair of Prada Sunglasses

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on June 18, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 9, 2010 (Filing No. 71).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-referenced properties, be, and the same hereby are, forfeited to the United States of America .

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 16th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
**Chief United States District Court**